B-04-073

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| UNITED STATES DISTRICT COURT | District Southern District of Texas | | |
|---|---|---|---|
| Name of Movant Luis Antonio Hernandez | Prisoner No 82033-079 | | Case No 1:03CR00172-001 |
| Place of Confinement Federal Correctional Institution P.O. Box 9000 Forrest City, Arkansas 72336-9000 | | | |
| UNITED STATES OF AMERICA | V. | LUIS ANTONIO HERNANDEZ (name under which convicted) | |

## MOTION

United States District Court
Southern District of Texas
FILED
APR 2 0 2004
Michael N. Milby
Clerk of Court

1. Name and location of court which entered the judgment of conviction under attack. U.S. District Court for the Southern District of Texas, Brownsville Division

2. Date of judgment of conviction July 28, 2003

3. Length of sentence 78 months

4. Nature of offense involved (all counts) (1) Conspiracy to distribute more than 100 kilograms of marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846.
(2) possession with intent to distribute more than one kilogram, that is, approximately 625 kilograms of marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2

5. What was your plea? (Check one)
   ☐ (a) Not guilty
   ☒ (b) Guilty
   ☐ (c) Nolo Contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   ☐ (a) Jury    N/A
   ☐ (b) Judge only

7. Did you testify at the trial?
   ☐ Yes
   ☒ No

8. Did you appeal from the judgment of conviction?
   ☐ Yes
   ☒ No

Motion under 28 U.S.C. § 2255                                                                                              Page 1

If you did appeal. answer the following:

(a) Name of court: __N/A__

(b) Result: ____

(c) Date of result: ____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    ☐ Yes   N/A
    ☐ No

11. If your answer to 10 was "yes", give the following information:

(a)(1) Name of court: __N/A__

   (2) Nature of proceeding: __N/A__

   (3) Grounds raised: __N/A__

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
       ☐ Yes   N/A
       ☐ No

   (5) Result: ____

   (6) Date of result: ____

(b) As to any second petition, application or motion; give the same information:

   (1) Name of court: __N/A__

   (2) Nature of proceeding: ____

   (3) Grounds raised: ____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes   N/A
☐ No

(5) Result: _____

(6) Date of result: _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

   (1) First petition, etc.   Yes ☐  No ☐
   (2) Second petition, etc.  Yes ☐  No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

**CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.**

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds that you have in addition to those listed. However, you should raise, in this motion, all available grounds (relating to this conviction) on which you base your allegation that you are being held in custody unlawfully.
   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

   (a) Conviction obtained by plea of guilt which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
   (b) Conviction obtained by use of coerced confession.
   (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
   (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
   (e) Conviction obtained by a violation of the privilege against self-incrimination.

    (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
    (g) Conviction obtained by a violation of the protection against double jeopardy.
    (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
    (i) Denial of effective assistance of counsel
    (j) Denial of right of appeal.

A. Ground one: **Ineffective Assistance of Counsel**

Supporting FACTS (state *briefly* without citing cases or law)
    **See attached memorandum of law**

B. Ground two: **Hernandez is entitled to an evidentiary hearing**

Supporting FACTS (state *briefly* without citing cases or law)
    **See attached meemorandum of law**

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law)