United States District Court
Southern District of Texas
ENTERED

JUN 16 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 15 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| LUIS ANTONIO HERNANDEZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIV. ACTION NO. B-04-073 |
| | § | (CRIM. NO. B-03-172-1) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## NOTICE AND ORDER

On April 20, 2004, the U.S. District Clerk mailed the Petitioner an application to proceed in forma pauperis (*See* Docket Entry dated May 14, 2004). To date, the Petitioner has failed to respond and has not filed a completed in forma pauperis application.

It is therefore ORDERED that this § 2255 Motion to Vacate, Set Aside, or Correct Sentence be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by July 15, 2004. It is FURTHER ORDERED that the district clerk provide the Petitioner another application to proceed in forma pauperis to help facilitate his compliance with this order.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 15th day of June, 2004.

_____
Felix Recio
United States Magistrate Judge