UNITED STATES DISTRICT COURT
~~EASTERN DISTRICT OF ARKANSAS~~
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
JUN 28 2004
Michael N. Milby
Clerk of Court

APPLICATION TO PROCEED
IN FORMA PAUPERIS,
SUPPORTING DOCUMENTATION
AND ORDER

Luis Antonio Hernandez

vs.

United States of America

CASE NUMBER: B-04-073
CRIM. NO. B-03-172-1

I, Luis Antonio Hernandez, declare that I am the (check appropriate box)

[X] petitioner/~~plaintiff~~          [X] movant (filing 28 U.S.C. § 2255 motion)

[ ] respondent/defendant           [ ] other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Motion Pursuant to 28 U.S.C. 2255 in which I present the main argument of ineffective assistance of counsel.

In further support of this application, I answer the following questions.

1. Are you presently employed?   [X] Yes   [ ] No

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. (List both gross and net salary)
   I am an orderly and get paid $26.16 per month, at the Federal Correctional Institution P.O. Box 9000 Forrest City, AR 72336.

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment?   [ ] Yes   [X] No
   b. Rent payments, interest or dividends?                    [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments?          [ ] Yes   [X] No
   d. Gifts or inheritances?                                   [X] Yes   [ ] No
   e. Any other source?                                        [ ] Yes   [X] No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

I have received, as gifts, from family and friends $924.00 in the past 6 months.

28 U.S.C. § 2241 Writ of Habeas Corpus                                    Page 6

3. Do you own any cash, or do you have money in checking or savings accounts? (include any funds in prison accounts) ☐ Yes ☒ No
If the answer is "yes", state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property? (excluding ordinary household furnishings and clothing) ☐ Yes ☒ No
If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of JUNE 2004

_____
(Signature of Applicant)

## CERTIFICATE
(Prisoner Accounts Only)
(To be completed by the Institution of incarceration.)

I certify that the applicant named herein has the sum of $ 17.23 on account to his/her credit at the FCC Forrest City - Low institution where s/he is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution

I further certify that, during the past six months, the applicant's average balance was $ 45.22

06/22/04
Date

_____
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied.<br><br>_____  _____<br>United States Judge   Date<br>or Magistrate Judge | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor<br><br>_____  _____<br>United States Judge   Date<br>or Magistrate Judge |