**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUL 1 4 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| LUIS ANTONIO HERNANDEZ | * | |
| VS | * | C.A. NO. B-04-073 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-03-172) |

## ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **September 14, 2004**. Said response shall include the transcript of the plea and sentencing record.

DONE at Brownsville, Texas, this 14th day of July 2004.

_____
Felix Recio
United States Magistrate Judge