IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Respondent,<br><br>vs.<br><br>LUIS ANTONIO HERNANDEZ<br>　　Petitioner.<br>(CA B-04-073) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CR. NO. B-03-172 |

**RESPONDENT'S MOTION FOR LEAVE
TO FILE RESPONSE OUT-OF-TIME**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter "the government" files this Motion for Leave to File Response Out-Of-Time and in support thereof would show the court the following:

I.

On July 14, 2004 this court entered an order directing the government to file a response to Luis Antonio Hernandez (Hernandez)'s motion for relief under 28 U.S.C. § 2255. The response was to be filed on or before September 14, 2004. Since the court entered its order, the undersigned Assistant United States Attorney prepared briefs and responses in the following matters: *United States v. Delton Jude Oveal*, H-04-2101, filed on July 19, 2004; *United States v. David Alex Martinez*, 04-40332, filed on July 21, 2004; *United States v. Mark Skelton*, C-04-248; *United States v. Zigenfus*, H-04-2016, filed on July 26, 2004; *United States v. Leopoldo Salinas*, 04-20427, filed on July 26, 2004; *United States v. Leyla Bonilla-Murillo*, 04-20072, filed on August 10, 2004; *United States v. Carlos Alfredo Alfaro*, 04-40176, filed on August 13, 2004; *United States v. Garcia-Gil*, 03-41142, filed on August 27, 2004; *United States v. Rosales*, 04-40486 filed on August 26,

2004; *United States v. Fortino Saucedo Villegas*, 03-21220, filed on September 14, 2004; *United States v. Bazan*, 04-40399, filed on September 15, 2004; and *United States v. Thibodeaux*, 04-20231, completed on September 16, 2004.

While preparing the foregoing pleadings, the undersigned caused the transcripts of the re-arraignment to be ordered. To date the transcript has not been received. To provide the court a comprehensive answer to Hernandez's motion, the government will need additional time to review the record and prepare a response that will facilitate a fair resolution of the issues presented. Due to the volume of cases on which the undersigned has been working, he inadvertently missed the September 14, 2004 due date. The government files this motion for leave to file its response 30-days out-of-time, or on or before October 13, 2004, so that justice may be done and not for purposes of delay. Cognizant of the fact that this motion may so discomfit Hernandez that he may seek relief in the form of a default judgment, the court would not be remiss in summarily denying same. *Sparrow v. United States*, 174 F.R.D. 491, 492 (D.Ct. Utah 1997) (citing *Bermudez v. Reid*, 733 F.2d 18 (2nd Cir. 1984) and *Aziz v. Leferve*, 830 F.2d 184,187 (11th Cir. 1987)(default is not contemplated in habeas corpus cases)). The government is filing this motion so that justice may be done and not for purposes of delay.

Accordingly, the government prays that this court enter an order granting it leave to file its response to Hernandez's motion for § 2255 relief thirty (30) days out-of-time.

                              Respectfully submitted,

                              MICHAEL T. SHELBY
                              United States Attorney

By:   /s/ James L. Turner
        JAMES L. TURNER
        Assistant United States Attorney
        TX Bar No. 20316950
        SD Tex ID No.  1406
        P.O. Box 61129
        Houston, TX 77208
        (713) 567-9102

## CERTIFICATE OF SERVICE

I, James L. Turner, do hereby certify that a copy of the foregoing Respondent's Motion for Leave to File Response Out-of-Time has been mailed on this the 16th day of September, 2004, via certified mail, return receipt requested to

    Luis Antonio Hernandez, pro se
    Prisoner No. 82033-079
    FCI
    P.O. Box 9000
    Forrest City, AR 72336-9000

                              /s/ James L. Turner
                              JAMES L. TURNER
                              Assistant United States Attorney