IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | C.R. NO. B-03-172 |
| LUIS ANTONIO HERNANDEZ (C.A. B-04-73) | § § | |

## ORDER

It is hereby ORDERED that the government's motion for leave to file its response out-of-time is GRANTED. The response must be filed on or before _____.

SIGNED this _____ day of _____ 2004.

_____
UNITED STATES DISTRICT JUDGE