IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | C.R. NO. B-03-172 |
| LUIS ANTONIO HERNANDEZ (C.A. B-04-73) | § § § | |

ORDER

It is hereby ORDERED that the government's motion for leave to file its response out-of-time is GRANTED. The response must be filed on or before  October 20, 2004  .

SIGNED this  20th  day of  September  2004.

UNITED STATES MAGISTRATE JUDGE