IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ANTONIO HERNANDEZ,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | Civil No. B-04-073<br>(Criminal No. B-03-172) |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

## ORDER

It is hereby ORDERED that the government's motion to deny relief is GRANTED.

SIGNED this _____ day of _____ 2004.


_____
UNITED STATES DISTRICT JUDGE

15