UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 21 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LUIS ANTONIO HERNANDEZ,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§  Civil No. B-04-073<br>§  (Criminal No. B-03-172)<br>§<br>§<br>§ |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO HERNANDEZ' 28 U.S.C. §2255 MOTION

I.

This court ordered the government to respond by October 21, 2004 to Hernandez' §2255 motion. The government seeks a one-day extension of time to respond to his motion to vacate sentence.

II.

The undersigned requests an additional one-day extension of time on behalf of the government and the assigned Assistant United States Attorney, James Turner. The extension is necessary as a result of Counsel's temporary inability to access necessary court documents in which to respond to Hernandez' claims, due to a temporary lack of sufficient clerical staffing within the office.

III.

Wherefore, PREMISES CONSIDERED, the government respectfully requests that this Court grant the government's motion for extension of time and extend the time for filing the government's response by one day, resulting in the government's response due for filing on or before October 22, 2004.

1

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
JAMES L. TURNER
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

    I, James L. Turner, do hereby certify that a copy of the foregoing **Response** to Section 2255 Motion, Motion To Dismiss for Failure to State a Claim has been mailed on this the _21_ day of _October_, 2004, via certified mail, return receipt requested to

Mr. Luis Antonio Hernandez
Reg No. 82033-079
Federal Correctional Institution
Forrest City
P.O. Box 9000
Forrest City, AR 72336-9000

                                _____
                                JAMES L. TURNER
                                Assistant United States Attorney