IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ANTONIO HERNANDEZ,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. B-04-073<br>(Criminal No. B-03-172) |

## ORDER

It is hereby ORDERED that the government's motion for extension of time to respond to Hernandez's motion under 28 U.S.C. §2255 be GRANTED. The government is directed to respond to his motion for relief on or before October 22, 2004.

DONE this _____ day of _____, 2004 at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

4