United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ANTONIO HERNANDEZ, Petitioner, | § § § § § § § | Civil No. B-04-073 ✓ (Criminal No. B-03-172) |
| v. | | |
| UNITED STATES OF AMERICA, Respondent. | | |

## ORDER

It is hereby ORDERED that the government's motion for extension of time to respond to Hernandez's motion under 28 U.S.C. §2255 be GRANTED. The government is directed to respond to his motion for relief on or before October 22, 2004.

DONE this __25th__ day of __October__, 2004 at Brownsville, Texas.

UNITED STATES MAGISTRATE JUDGE