UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENTERED
NOV 1 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS ANTONIO HERNANDEZ, Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. B-04-131 |
| UNITED STATES OF AMERICA, Respondent. | § § § § | |

## ORDER

The district clerk is ORDERED to transfer the supplement (Docket No. 1) and application to proceed in forma pauperis (Docket No. 2) filed by Petitioner Luis Antonio Hernandez to the appropriate file, which is Civil Action Number B-04-073. After doing so the district clerk is ORDERED to close Civil Action Number B-04-131, as this file is redundant.

IT IS SO ORDERED.

DONE at Brownsville, Texas on this the 16th day of November, 2004.

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE