United States District Court
Southern District of Texas
FILED

JAN 3 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LUIS ANTONIO HERNANDEZ
    Petitioner

v.                                C.A. B-04-073
                                 C.R. No. B-03-172

UNITED STATES OF AMERICA
    Respondent

MOTION TO COMPEL GOVERNMENT TO FILE A RESPONSE TO
PETITIONER'S MOTION UNDER 28 U.S.C. 2255

TO THE HONORABLE JUDGE OF SAID COURT:

    **COMES NOW Into Court** the Petitioner Luis Antonio Hernandez, acting in Propia Persona and respectfully files the instant motion to compel the Government to File a Response to Petitioner's Motion under 28 U.S.C. § 2255.

    In support thereof, Petitioner states as follows:

    1. Petitioner received an Order signed on the 20th day of September, 2004, in which it was Ordered that the government's motion for leave to file a response out-of-time was Granted. However, the response had to be filed on or before the 20th day of October, 2004.

    2. Petitioner asserts that he has not received the response by the government nor an Order granting additional time to respond to the government.

    **THEREFORE,** Petitioner pray this Honorable Court to Order the Government to respond to his Motion, or in the alternative vacate his sentence in the best interest of justice.

Dated this 24th day of January, 2005.

                Respectfully submitted,

                *[signature]*
                Luis Antonio Hernandez.

### CERTIFICATE OF SERVICE

I hereby certify that I mailed an original and one copy of the foregoing Motion to Compel Government to File a Response to Petitioner's Motion Under 28 U.S.C. § 2255, via Certified Mail, on this 24th day of January, 2005, addressed to:

U.S. DISTRICT COURT CLERK
SOUTHERN DISTRICT OF TEXAS
U.S. FEDERAL BUILDING AND COURTHOUSE
600 E. HARRISON #203
BROWNSVILLE, TEXAS 78520

                *[signature]*
                Luis Antonio Hernandez
                82033-079   H-D
                Federal Correctional Complex-Low
                P.O. Box 9000
                Forrest City, AR 72336-9000

