UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ANTONIO HERNANDEZ, | § § § | |
| v. | § § | Civil No. B-04-73 (Criminal No. B-03-172) |
| | § | |
| UNITED STATES OF AMERICA, | § § § | |

**GOVERNMENT'S NOTICE OF RE-SERVICE OF
GOVERNMENT'S RESPONSE TO HERNANDEZ'S MOTION
FOR RELIEF PURSUANT TO 28 U.S.C. § 2255**

The United States of America ("the government"), by the United States Attorney for the Southern District of Texas, files this Notice of Re-Service.

On October 21, 2004, the government filed its response to Hernandez's Motion for Relief Pursuant to 28 U.S.C. § 2255 ("Attachment A"). A copy of the Government's Response was also mailed to Petitioner to the following address: Mr. Luis Antonio Hernandez, Reg. No. 82033-079, Federal Correctional Institution, Forrest City, P.O. Box 9000, Forrest City, AR 72336-9000. Petitioner has now filed a Motion to Compel Government to File a Response to Petitioner's Motion.

Since it appears that Hernandez never received the Government's Response, the government will re-serve Petitioner with a copy of the Government's Response filed October 21, 2004.

        Respectfully submitted,

        MICHAEL T. SHELBY
        United States Attorney

        */s/ James L. Turner*
        JAMES L. TURNER
        Assistant United States Attorney
        Texas Bar No. 20316950
        Federal ID No. 1406
        P. O. Box 61129
        Houston, Texas 77208-1129
        713-567-9361

## CERTIFICATE OF SERVICE

I, James L. Turner, Assistant United States Attorney, do hereby certify that a true and correct copy of the above pleading has been forwarded, via certified mail, today, February 2, 2005, addressed to:

Mr. Luis Antonio Hernandez
Reg. No. 82033-079
Forrest City FCI
P. O. Box 9000
Forrest City, AR 72336-9000

        */s/ James L. Turner*
        JAMES L. TURNER
        Assistant United States Attorney