Case 1:04-cv-00073   Document 20   Filed in TXSD on 03/23/2005   Page 1 of 1

United States District Court
Southern District of Texas
ENTERED

MAR 23 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ANTONIO HERNANDEZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-073 |
| | § | (Criminal No. B-03-172-01) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the Government's Motion to Dismiss (Docket No. 10) is hereby GRANTED. Accordingly, Petitioner Luis Antonio Hernandez's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 1) and the supplement to that motion (Docket No. 14) are DENIED and summarily DISMISSED.

DONE at Brownsville, Texas this 23 day of March, 2005.

Hilda Tagle
United States District Judge